AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:18-MJ- 596 |
| Paul J. Wilson | ) | |
| | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 21, 2013 - July 15, 2015___ in the county of ___Fairfax___ in the

___Eastern___ District of ___Virginia___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252(a)(1) and (b)(1) and 2 | Interstate transportation of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by: SAUSA Kyle Reynolds

_____
*Complainant's signature*

Special Agent Ted P. Delacourt, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___12/14/18___

/s/
_____
Theresa Carroll Buchanan
United States Magistrate Judge
_____
*Judge's signature*

City and state: ___Alexandria, Virginia___

Hon. Theresa C.Buchanan, U.S. Magistrate Judge
_____
*Printed name and title*