# SENTENCING MINUTES

| | |
|---|---|
| Date: 07/12/2019 | Judge: **T.S. ELLIS III** |
| | Reporter: T. Harris |
| | Time: 10:44 a.m. – 10:52 a.m. ( 00:08 ) |
| | Case Number: 1:19-cr-00102-TSE-1 |

UNITED STATES OF AMERICA                  Counsel/Govt:  Kyle Reynolds, Nathaniel Smith

v.

PAUL J. WILSON                             Counsel/Deft:  Brooke Rupert

Court adopts PSI ( X )          without exceptions (   )          with exceptions:

- Letters received on behalf of the defendant are made part of the PSR.
- Gov't argues for g/l 97-month sentence.
- Defense argues for 60-month sentence.

**SENTENCING GUIDELINES:**
Offense Level: 30
Criminal History: I
Imprisonment Range: 97 to 121 months
Supervised Release Range: Minimum 5 years to life
Special Assessment $100

**JUDGMENT OF THE COURT:**
- BOP for 72 months with credit for time already served as calculated by the BOP pursuant to statute.
- Supervised Release for 10 Years, with special conditions:     ( X ) Yes     (   ) No
- Special Assessment $100
- Gov't reported they have not receive any request for restitution from the victims but request to reserve restitution for 90 days -GRANTED
- Consent Order of Forfeiture entered in open court.

**RECOMMENDATIONS to BOP**:
_____    Dft. To be designated to: _____
_____    Dft. designated to facility to participate in ICC (Boot Camp) type program
_____    Dft. to participate in 500 hr Residential Drug Abuse Treatment Program (RDAP)
_____    Other: _____

Deft: ( X ) Remanded    (   ) Cont'd on Bond to Self-Surrender    (   ) Referred to USPO    (   ) Immediate Deportation